UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patricia Pease,

       Plaintiff,           Civil No. 06-140 (RHK/JSM)

vs.           **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth Pharmaceuticals,
d/b/a Wyeth, Inc., d/b/a ESI Lederle,
Pfizer, Inc., Pharmacia & Upjohn
Company, LLC,, Barr Laboratories, Inc.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 9, 2006

                               s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge